[No. 14618-1-I. Division One. April 21, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURENCE JAMES VENSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-01821-4, Frank L. Sullivan, J., entered March 14, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Grosse, J.

[No. 14816-8-I. Division One. April 23, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. MAJOR JONES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00077-1, Jim Bates, J., entered May 1, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, J., and Johnsen, J. Pro Tem.

[No. 14098-1-I. Division One. April 23, 1986.]

GEORGE R. HOGABOAM, *Individually and as Personal Representative, Appellant*, v. LIBERTY MUTUAL FIRE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-12208-2, Norman W. Quinn, J., entered November 22, 1983. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Grosse, JJ.